## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOSE RODOLFO AGUILAR-OLMEDO,

      Petitioner,

v.

KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland
Security; PAMELA BONDI, in her official
capacity as Attorney General of the United
States; TODD M. LYONS, in his official
capacity as Acting Director, Immigration and
Customs Enforcement; MARISA FLORES,
in her official capacity as Field Office
Director of the El Paso Field Office of
Enforcement and Removal Operations of
U.S. Immigration and Customs Enforcement;
and WARDEN, in his official capacity as
Warden, Torrance County Detention Center,

      Respondents.

Case No. 1:26-cv-00392-MIS-KK

## <u>ORDER TO SHOW CAUSE</u>

**THIS MATTER** is before the Court on Petitioner Jose Rodolfo Aguilar-Olmedo's Verified

Petition for a Writ of Habeas Corpus ("Petition"), ECF No. 1, filed February 12, 2026.  Petitioner

was arrested outside a Sam' Club in the Minneapolis, Minnesota area on January 11, 2026. <u>Id.</u> ¶

39. He is currently detained at the Torrance County Detention Center in Estancia, New Mexico.

<u>Id.</u> Petitioner is charged under 8 U.S.C. § 1182(a)(6)(A)(i) as an alien who entered the United

States without admission or inspection. <u>Id.</u> ¶ 2. "Petitioner has lived and worked in the United

States for over 20 years and has two United States citizen children." <u>Id.</u> ¶ 41.

      On February 12, 2026, Petitioner filed the instant Petition challenging his detention under

8 U.S.C. § 1225(b)(2)(A) and asserting that Petitioner is instead subject to 8 U.S.C. § 1226(a) as

an individual "who previously entered and [is] now residing in the United States." <u>Id.</u> ¶ 5. Petitioner requests the Court issue a Show Cause Order, enjoin Respondents from moving Petitioner outside the District of New Mexico while proceedings are pending, and issue a writ of habeas corpus requiring that Respondents immediately release him or, alternatively, grant him a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven days. <u>Id.</u> at 12.

The record reflects that the Clerk's Office served Respondents with the Petition on February 12, 2026, pursuant to this District's Standing Order Regarding Service of Process in Immigration Habeas Petitions filed Pursuant to 28 U.S.C. § 2241, Case 1:26-mc-00004, ECF No. 3 (D.N.M. Jan. 28, 2026). ECF No. 2.

**IT IS HEREBY ORDERED** that within **ten (10) business days**, the United States Attorney's Office for the District of New Mexico shall respond to the Petition and **SHOW CAUSE** why the requested relief should not be granted. **If the federal Respondents fail to timely comply with this Order, the Court may grant the relief requested in the Petition without further notice.**

If Petitioner wishes to file a reply brief, he may do so within **ten (10) days** after Respondents' response is filed.

**IT IS FURTHER ORDERED** that, to preserve the status quo in the interim, the Government is **ENJOINED** from transferring Petitioner Jose Rodolfo Aguilar-Olmedo from the District of New Mexico while these proceedings are pending.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE