**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOSE RODOLFO AGUILAR-OLMEDO,

Petitioner,

v.

Case No. 1:26-cv-00392-MIS-KK

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States; TODD M. LYONS, in his official capacity as Acting Director, Immigration and Customs Enforcement; MARISA FLORES, in her official capacity as Field Office Director of the El Paso Field Office of Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement; and WARDEN, in his official capacity as Warden, Torrance County Detention Center,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Jose Rodolpho Aguilar-Olmedo and against Respondents Kristi Noem, Pamela Bondi, Todd M. Lyons, Marisa Flores, and Warden, Torrance County Detention Center.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE